1  COOLEY LLP
   Koji F. Fukumura (189719)
2  (kfukumura@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA  92121
   Telephone: (858) 550-6000
4  Facsimile: (858) 550-6420

5  *Attorneys for Defendants Alan H. Auerbach,*
   *Charles R. Eyler, Jay M. Moyes, Troy E. Wilson,*
6  *Adrian M. Senderowicz, Frank E. Zavrl, and*
   *Thomas R. Malley, and Nominal Defendant*
7  *Puma Biotechnology, Inc.*

8  [*Additional counsel on signature page*]

9                  UNITED STATES DISTRICT COURT
10                 CENTRAL DISTRICT OF CALIFORNIA
11

12 | | |
13 ARNAUD VAN DER GRACHT DE ROMMERSWAEL, derivatively on behalf of PUMA BIOTECHNOLOGY, INC.,
14
15                         Plaintiffs,
16     v.
17 ALAN H. AUERBACH, CHARLES R. EYLER, JAY M. MOYES, TROY E. WILSON, ADRIAN M. SENDEROWICZ, FRANK E. ZAVRL, and THOMAS R. MALLEY,
18
19
20                         Defendants,
21     and
22 PUMA BIOTECHNOLOGY, INC., a Delaware corporation,
23
                           Nominal Defendant.
24

Case Nos. 8:18-cv-00236-AG-JCG

**NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION TO VACATE DEADLINES**

Courtroom:  10D
Judge:      Hon. Andrew J. Guilford

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NOTICE OF SETTLEMENT AND STIPULATION
TO VACATE DEADLINES
8:18-cv-00236-AG-JCG

Plaintiff Arnaud van der Gracht de Rommerswael ("Plaintiff"), defendants Alan H. Auerbach, Charles R. Eyler, Jay M. Moyes, Troy E. Wilson, Adrian M. Senderowicz, Frank E. Zavrl, Thomas R. Malley, and nominal defendant Puma Biotechnology, Inc. (collectively, "Defendants"), by and through their respective undersigned counsel, hereby notify the Court of a settlement in principle and request that all deadlines be taken off calendar pending entry of an Order on final approval of the settlement.

## STIPULATION

WHEREAS, the following derivative actions are pending against Defendants: *Arnaud van de Gracht de Rommerswael v. Alan H. Auerbach et al.*, Case No. 8:18-cv-00236-AG-JCG (C.D. Cal.) (the "*Rommerswael* Action") and *Paul Duran v. Alan H. Auerbach et al.*, Case No. 8:18-cv-04802-AG-DFMx (C.D. Cal.) (collectively, the "Federal Actions"); and *Xing Xie v. Alan H. Auerbach et al.*, Case No. BC616617 (Los Angeles Sup. Ct.) and *Kevin McKenney v. Auerbach, et al.*, No. BC617059 (Los Angeles Sup. Ct.) (which were consolidated and are referred to herein as the "State Action");

WHEREAS, after months of settlement negotiations, including a full-day mediation with Gregory P. Lindstrom, Esq., of Phillips ADR on July 25, 2018, the parties to the Federal Actions and the consolidated State Action have reached a settlement in principle;

WHEREAS, the parties have signed a Memorandum of Understanding that sets forth the material deal points of the settlement;

WHEREAS, the parties are working towards completing the terms of a written settlement agreement that will include all terms and conditions governing the settlement;

WHEREAS, the parties anticipate that, after Plaintiff has reviewed certain agreed-upon confirmatory discovery and confirmed that the settlement is in Puma's

Cooley LLP
Attorneys At Law
San Diego

1.

Notice of Settlement and Stipulation
to Vacate Deadlines
8:18-cv-00236-AG-JCG

best interests, Plaintiff will file a motion for preliminary approval of the settlement in the *Rommerswael* Action by August 31, 2018;

WHEREAS, on June 29, 2018, the Court entered an Order in the *Rommerswael* Action extending the deadline for Defendants to answer, move, or otherwise respond to Plaintiff's complaint to August 10, 2018 (Dkt. No. 14);

WHEREAS, to prevent the unnecessary expenditure of judicial and party resources, the parties agree that the deadline for Defendants to answer, move, or otherwise respond to Plaintiff's complaint is taken off calendar pending the Court's approval of the settlement;

WHEREAS, the parties have requested two previous extensions in the *Rommerswael* Action (Dkt. Nos. 11, 13), one of which was granted (Dkt. No. 14);

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** among the parties to the entry of an Order providing that all deadlines, including the deadline for Defendants to answer, move, or otherwise respond to Plaintiff's complaint in the *Rommerswael* Action, be taken off calendar pending entry of an Order on final approval of the settlement.

Respectfully submitted by:

Dated: August 9, 2018         **ROBBINS ARROYO LLP**

　　　　　　　　　　　　　　　 */s/ Ashley R. Rifkin*
　　　　　　　　　　　　　　　Brian J. Robbins (190264)
　　　　　　　　　　　　　　　Kevin A. Seely (199982)
　　　　　　　　　　　　　　　Ashley R. Rifkin (246602)
　　　　　　　　　　　　　　　Steven M. McKany (271405)
　　　　　　　　　　　　　　　600 B Street, Suite 1900
　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　Telephone: (619) 525-3900
　　　　　　　　　　　　　　　Facsimile: (619) 525-3991
　　　　　　　　　　　　　　　Email: brobbins@robbinsarroyo.com

　　　　　　　　　　　　　　　*Attorneys for Plaintiff Arnaud van der Gracht de Rommerswael*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

NOTICE OF SETTLEMENT AND STIPULATION
TO VACATE DEADLINES
8:18-cv-00236-AG-JCG

| | | |
|---|---|---|
| 1 | Dated: August 9, 2018 | **LATHAM & WATKINS LLP** |
| 2 | | |
| 3 | |   */s/ Colleen C. Smith* |
| | | Colleen C. Smith (231216) |
| 4 | | 12670 High Bluff Drive |
| | | San Diego, CA 92130-3086 |
| 5 | | Telephone: (858) 523-5400 |
| | | Facsimile: (858) 523-5450 |
| 6 | | Email: colleen.smith@lw.com |
| 7 | | Michele D. Johnson (198298) |
| | | 650 Town Center Drive, 20th Floor |
| 8 | | Costa Mesa, CA 92626-1925 |
| | | Telephone: (714) 755-1235 |
| 9 | | Facsimile: (714) 755-8290 |
| | | michele.johnson@lw.com |
| 10 | | *Attorneys for Defendants Alan H. Auerbach,* |
| 11 | | *Charles R. Eyler, Jay M. Moyes, Troy E. Wilson,* |
| | | *Adrian M. Senderowicz, Frank E. Zavrl, and* |
| 12 | | *Thomas R. Malley, and Nominal Defendant* |
| | | *Puma Biotechnology, Inc.* |
| 13 | | |
| 14 | Dated: August 9, 2018 | **COOLEY LLP** |
| 15 | |   */s/ Koji F. Fukumura* |
| 16 | | Koji F. Fukumura (189719) |
| | | 4401 Eastgate Mall |
| 17 | | San Diego, CA  92121 |
| | | Telephone: (858) 550-6000 |
| 18 | | Facsimile: (858) 550-6240 |
| | | Email: kfukumura@cooley.com |
| 19 | | *Attorneys for Defendants Alan H. Auerbach,* |
| 20 | | *Charles R. Eyler, Jay M. Moyes, Troy E. Wilson,* |
| | | *Adrian M. Senderowicz, Frank E. Zavrl, and* |
| 21 | | *Thomas R. Malley, and Nominal Defendant* |
| | | *Puma Biotechnology, Inc.* |
| 22 | | |

23  All signatories listed, and on whose behalf the filing is submitted, concur in the

24  filing's content and have authorized the filing.

25  Dated: August 9, 2018  **COOLEY LLP**

26

27    */s/ Koji F. Fukumura*
     Koji F. Fukumura (189719)

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

NOTICE OF SETTLEMENT AND STIPULATION
TO VACATE DEADLINES
8:18-cv-00236-AG-JCG